422 A.2d 1172

Commonwealth v. Glenn, Appellant.

Argued August 28, 1979.  Richard J. Freyvogel, Jr., for appellant;  Kemal Alexander Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

The order of the lower court is affirmed.